# United States District Court
# For The Western District of North Carolina
# Statesville Division

TONY EUGENE HOWELL,

    Plaintiff(s),

vs.

JAMES ROY COOPER,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:06CV66-3-MU

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 5, 2006 Order.

    Signed: June 5, 2006

Frank G. Johns, Clerk
United States District Court